**DISMISS and Opinion Filed August 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00891-CR

### EX PARTE GENTRY S. LEONARD

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M18-62976-I**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Pedersen, III
Opinion by Chief Justice Burns

Gentry S. Leonard filed an original application for writ of habeas corpus in this Court complaining that he was being "unlawfully and illegally confined" by the trial court. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

Accordingly, we dismiss the appeal for want of jurisdiction.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190891F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

EX PARTE GENTRY S. LEONARD

No. 05-19-00891-CR

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. M1862976.
Opinion delivered by Chief Justice Burns,
Justices Myers and Pedersen, III
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 22, 2019